**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BOBBY WILSON** **PLAINTIFF**

**V.** **NO. 3:26-cv-00195-JM**

**DALE COOK, *et al.*** **DEFENDANTS**

**ORDER**

The Court has received a Recommended Disposition ("RD") filed by Magistrate Judge Edie R. Ervin. Mr. Wilson has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the RD should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Wilson's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 29th day of September, 2026.

UNITED STATES DISTRICT JUDGE