**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BOBBY WILSON** **PLAINTIFF**

**V.** **NO. 3:26-cv-00195-JM**

**DALE COOK, *et al*.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 29th day of September, 2026.

UNITED STATES DISTRICT JUDGE